

**United States Bankruptcy Court**

**District of Arizona**

TUCSON DIVISION
James A Walsh Courthouse
38 S. Scott Avenue
Tucson, AZ 85701
520-202-7500

PHOENIX HEADQUARTERS
230 N. First Avenue, Suite 101
Phoenix AZ 85003-1706
602-682-4000

YUMA DIVISION
325 W. 19th St., Ste. D
Yuma, AZ 85364
Mailing Address
P.O. Box 13011
Yuma, AZ 85366
928-781-2288

**FILED**

JAN 2 8 2010

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

## DEBTOR CHANGE OF ADDRESS

Case No.: 2:09-bk-33125    Chapter: 7

Debtor(s) Name: Teodora Cupes

NEW Mailing Address: 4369 E. Villa Theresa Drive
Street Address/P.O. Box Number

Suite/Apartment Number

Phoenix    AZ    85032
City    State    Zip Code

OLD Mailing Address: 6602 North 41st Avenue
Street Address/P.O. Box Number

Suite/Apartment Number

Phoenix    AZ    85049
City    State    Zip Code

Debtor(s) Signature: _____ 1-26-10
                                        Date

_____
Date

DebtorAddChng/2/05

01/29/2010