Adam B. Nach - 013622
**LANE & NACH, P.C.**
2025 North Third Street
The Brookstone - Suite 157
Phoenix, Arizona 85004
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com

Dated: March 02, 2010

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

Attorney for Jill H. Ford, Case Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>TEODORA CUPES,<br><br>Debtor. | (Chapter 7 Case)<br><br>No. 2-09-bk-33125-GBN<br><br>**ORDER AUTHORIZING CASE TRUSTEE TO EMPLOY ATTORNEY** |

This Court having considered Case Trustee's Application to Employ Attorney and the Declaration in support thereof, and it appearing that the law firm of Lane & Nach, P.C., its members and associates, is a disinterested party and that the employment of said law firm generally by the Case Trustee is in the best interest of this estate;

IT IS HEREBY ORDERED, that Jill H. Ford, Case Trustee herein, is authorized to employ the law firm of Lane & Nach, P.C., generally, as attorneys for the Case Trustee and the estate, with compensation to be paid only in such amounts as may be allowed by the Court upon proper application or applications therefor, pursuant to 11 U.S.C. §§327 and 330(a) (1) and Bankruptcy Rule 2016(a).

IT IS FURTHER ORDERED that such employment shall be effective as of February 18, 2010.

**DATED AND SIGNED ABOVE.**

Lane & Nach, P.C.
2025 North Third Street, Suite 157
Phoenix, AZ 85004