**ORDERED ACCORDINGLY.**



Adam B. Nach – 013622
Mary B. Martin – 019196
**LANE & NACH, P.C.**
2025 North Third Street, Suite 157
Phoenix, Arizona 85004
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: mary.martin@lane-nach.com

Attorneys for Jill H. Ford, Trustee

**Dated: April 13, 2010**

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**
_____

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>TEODORA CUPES,<br><br>    Debtor. | (Chapter 7 Case)<br><br>No. 2-09-bk-33125-GBN<br><br>**ORDER GRANTING TRUSTEE'S APPLICATION FOR PRODUCTION OF DOCUMENTS AND ORAL EXAMINATION PURSUANT TO F.R.B.P. 2004** |

This Court having considered Trustee's Application for Production of Documents and Oral Examination Pursuant to Federal Rule of Bankruptcy Procedure 2004 and good cause having been established,

**IT IS HEREBY ORDERED** that TEODORA CUPES shall produce the documents detailed in Exhibit "A" attached hereto, to Trustee's attorneys, Lane & Nach, P.C., 2025 North Third Street, Suite 157, Arizona 85004, on or before the close of business on May 4, 2010 and shall appear for an oral examination on May 11, 2010 at 10:00 a.m., which examination shall be electronically recorded.

**IT IS FURTHER ORDERED** approving Trustee's calculation for compliance with FRBP 2004(e) as set forth in Trustee's Application.

**IT IS FURTHER ORDERED** that Jill H. Ford, Trustee shall promptly serve this Order on Debtor and her attorney and file a certificate of service therefor.

**DATED AND SIGNED ABOVE**

# **EXHIBIT "A"**

1. Copies of personal income tax returns (federal and state) for the year 2009.

2. Copies of all pre-nuptial, post-nuptial, property settlement agreements or other similar agreements entered into between you and any spouse which you currently have or ever had.

3. Copies of all judgments and/or decrees of dissolution of marriage concerning any marriage of yours which was dissolved.

4. All titles, bills of sale or contracts of sale upon personal property for automobiles, boats, motorcycles, or ATV's belonging to you or in which you have had any interest whatsoever either alone or jointly with any other person or persons as of the commencement of the bankruptcy case.

5. Copies of the following pertaining to interests in real property in which you have a legal or beneficial interest at any time, from and after the two year period prior to the commencement of this case.

    (a) Deeds;
    (b) Contracts for the purchase or sale of real property;
    (c) Escrow instructions; and,
    (d) Agreements for sale.

6. Copies of the original policy itself, or the following information for all life insurance policies owned by you:

    (a) Name of insurance company;
    (b) Face amount of policy;
    (c) Cash surrender value;
    (d) Premiums;
    (e) Beneficiaries; and,
    (f) Outstanding loans and balances.

7. Copies of any and all annuity, trusts, pension, profit sharing, retirement or deferred compensation plans in which you have been, or currently are a participant or beneficiary. In this connection, if such are furnished to you, produce documents showing what assets are held by any such trust or plan together with all periodic statements or accountings submitted to you from any trustee or plan manager of such trust or plan from the date such trust or plan was created up to and including the present.

8. Copies of all monthly bank reconciliation statements and check registers on any and all investment, savings and checking accounts in your name alone or in connection with anyone else, including business accounts, for the one year period prior to the commencement of this case.

9. A copy of all stock option plans and schedule of vesting and exercising of the options.